

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _FRANCINE YATES_
(Please print)

STREET ADDRESS: _14114 S. Edbrooke Avenue_

CITY/STATE/ZIP: _Riverdale, IL 60827_

PHONE NUMBER: _(312) 351-5635 or (708) 841-6417_

CASE NUMBER: **08CV4597**
**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

_Francine Yates_       _8/13/08_
Signature              Date

**FILED**

AUG 13 2008  TC
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT