MHN

Date:    August 21, 2008
To:      Judge Dow     and Judge Cole
From:    Francine Yates
Re:      Brief for Case 08C 4597

Attached you will find two sets of documents relating to Francine Yates; the plaintiff, case # 08C 4597. The defendants named in this case are The CTA, The City of Chicago, The State of Illinois, DePaul University and Eastbank Storage Company.    These documents are being submitted separately because some of them pertain to the plaintiff's medical records.   By law, the plaintiff has a right to have her medical records kept private.  Also, attached are some other employment documents and junk emails which were sent to the plaintiff by Ronald Huberman.  If you have any questions or concerns, please call me at (708) 841-6417. Thanks!

F I L E D
8-21-2008
AUG 2 1 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Francine Yates
FRANCINE YATES

# Prescription

This prescription may be filled
at any retail pharmacy

# Rx

| Patient Name Yates, Francine | Date 12/14/07 | Clinic | Unit No. |
|---|---|---|---|
| Street Address | | City | Zip Code |
| Diagnosis: (For CCH use) | Drug Allergies: NKA | Date of Birth Weight (If PEDS) | / / |

| Drug | Strength | Directions | Quantity | Refills |
|---|---|---|---|---|
| Fluconazol | 150 mg | 1 pill orally | 1 | Ø |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DIFLUCAN TAB 150MG UD    1EA
Dr: BRANDIS, OLESYA    12/14/2007 SF/THA
Rx# F5225329    00049-3500-79

M.D. Signature _____

☐ May Substitute
☐ May Not Substitute
Form #71 (Apr. '93)

M.D. Name Print Olesya Brandis

M.D.'s Medical Record I.D. No. _____

DEA/Illinois Lis. No.

M.D. Pager No. 390 - 1163

Copy for
Patient



CKPtNm–YATES, FRANCINE
DOB–05/26/1968 Age– 39Y FC–Limit of Liability 12/14/2007
Acc#0209897836 Fantus Fam Ping  MR#004458917c

John H. Stroger, Jr. Hospital
Chicago, Illinois 60612
(312-864-6000)

# EMERGENCY SERVICES
## AES/PEDS/ASC

| | | | Time Registered | | Time Discharge |
|---|---|---|---|---|---|
| | | | 1218 | | |

**Dish Scan**

g + 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Last Name | | First Name | M.I. | PATCOM # | | DATE | TIME |

**I.D.**

| Address | | City | | State | | Zip Code | | Phone 312 |
|---|---|---|---|---|---|---|---|---|
| Unit Number | | Birth Date | | Age | Sex | Race | Marital Status | Religion | Social Security Number | | Lang. Code |

| Fin. Class | Ins. Local | Insurance Name | | Pol/Subscrib/Recip # | | Group/Case ID # |
|---|---|---|---|---|---|---|

**INFO**

Minah

| Subscriber's Name | | Relationship | Consent Agreement Seeking medical examination, diagnosis and treatment of myself, or the patient of whom I am guardian or parent, for alleviation of the following complaint(s) of pain or ill being, I do hereby request, authorize and consent to such physical diagnostic procedures as may enable, aid or assist physicians at John H. Stroger, Jr. Hospital to determine the causes of the following complaints and/or symptoms, and to provide such treatment as may be required. |
|---|---|---|---|
| Patient Brought to JSH From | | AW + − | |
| How/Sq. Amb. Bdg. | | SC + − | |
| Information Obtained From | | CD + − | Signature _____ Relation _____ |

**TRIAGE**

| Medications: | Allergies | CPD Beat # | Past Medical History |
|---|---|---|---|
| none | NKDA | Star # | |
| | | Talks ☐ Coh. ☐ Incoh. ☐ Unable | |
| | Last Tetanus  HT  WT | Ambulatory ☐ Yes ☐ No | Triage Time: |
| | | Triage Problem List | RN Signature |

| BP | Temp. | Pulse | Resp. | LNMP | |
|---|---|---|---|---|---|
| 124/ | 97.9 | 95 | | 1 | 3 |
| Triage To | | | Severity Score | 2 | 4 |
| | | | | Next of Kin | |

**Time to Area**

| Time Seen (Military Time) | | HEALTH CARE PROVIDER (Clinic & MD Name): |
|---|---|---|

**HISTORY**

A 39 y ♀
refund for Psychi
Canclu Messin +
for psych eval
pt Smith hit by a lady
of psych visi
Dani Smith ... ...
vo nalled ... / deleter
vo anxety deveda ... no ...
psych delu ... + pas
visul obsen ... no obsn del
... atten NVB
clur chn NVB
Alur Salud11

10 h ... 
... 

**PHYSICAL EXAM**

| TIME | ORDERS | Completed |
|---|---|---|
| | | Time  RN |
| | psych | |
| | K. | |

| Consult/Time |
|---|

| Primary MD/NP (Print & Sign Name) |
|---|

Case: 1:09-cr-84597    Document 5    Filed 08/20/2008    Page 4 of 59    Liability 01/08/2008

John H. Stroger, Jr. Hospital
Chicago, Illinois 60612
(312)-864-6000)

# EMERGENCY SERVICES
## AES/PEDS/ASC

| Last Name | First Name | M.I. | PATCOM # | DATE | TIME |
|---|---|---|---|---|---|

**ID.**

| Address | City | State | Zip Code | Phone 312 |
|---|---|---|---|---|

| Unit Number | Birth Date | Age | Sex | Race | Marital Status | Religion | Social Security Number | Lang. Code |
|---|---|---|---|---|---|---|---|---|

| Fin. Class | Ins. Local | Insurance Name | Pol/Subscrib/Recip # | Group/Case ID # |
|---|---|---|---|---|

**INFO**

| Subscriber's Name | Relationship |
|---|---|

Consent Agreement Seeking medical examination, diagnosis and treatment of myself, or the patient of whom I am guardian or parent, for alleviation of the following compliant(s) of pain or ill being. I do hereby request, authorize and consent to such physical diagnostic procedures as may enable, aid or assist physicians at John H. Stroger, Jr. Hospital to determine the causes of the following complaints and or symptoms, and to provide such treatment as may be required.

Patient Brought to JSH From

How/Sq. Amb. Bdg.

Information Obtained From

| | AW | + |
| | SC | + |
| | CD | + |

Signature                    Relation

**TRIAGE**

| Medications: | Allergies | CPD Beat # | Past Medical History |
|---|---|---|---|
| | | Star # | |
| | | Talks ☐ Coh. ☐ Incoh. ☐ Unable | |
| | Last Tetanus | HT | WT | Ambulatory ☐ Yes ☐ No | Triage Time: | RN Signature |
| | | | | Triage Problem List | 12/19/08 |

| BP 114/88 | Temp. | Pulse | Resp. | LNMP |
|---|---|---|---|---|

Triage To   Qune    Severity Score  3    Next of Kin

**Time to Area**

Time Seen (Military Time)  10a

**HISTORY**

35 y/o ? c/o suprapubic
pain + purulent vaginal
bleeding + ? discharge
∅N/V/?/? ∅F/C
edysuria   ? hematuria
last sexual activity 7/yr ago
No Hx GD.

P5 M? ...

**PHYSICAL EXAM**

... pain ...

Heart S₁ S₂
CTA₂
EOMI
Thyroid ∅ JVD NL
... PERRL
∅ rebound

Pelvic ∅ CMT ... closed
mild discharge from cervix
∅ blood
express NSS (...)

| HEALTH CARE PROVIDER (Clinic & MD Name): | | |
|---|---|---|

| | | Completed |
| TIME | ORDERS | Time | RN |
|---|---|---|---|

Consult/Time

Primary MD/NP (Print & Sign Name)

## PERSONNEL RECORD – DENIAL OF REQUEST

Date October 24, 2007_____

To

__Francine Yates_____

__1458 S. Canal St _____ _____

__Chicago, IL. 60607_____ _____

On ___October 23, _____, 20__07____, we received your request for

X    Review of your personnel record
     Review of the personnel record for_____

                                 Name         S.S. #                  Employee ID #

After reviewing this request, review of the above-mentioned record is denied for the following reason(s):

X   The CTA, by law, has no obligation to provide former employees access to their own personnel
    record if they have been out of the CTA employ for a period in excess of one year. We will attempt
    to assist you; however, if you specifically identify to us the information you are seeking.

    This is your third request to review your personnel record within a one year period. We are not
    required to comply since by law "The employer shall grant 2 inspection requests in a calendar year
    when such requests are made at reasonable intervals.

    We have no record of any such person currently or former being employed by the CTA.

    Other_____

    _____

    _____

You have the right to appeal this denial by writing a letter addressed to the Manager, Personnel
Administration. Chicago Transit Authority, P. O. Box 7555, Chicago, IL. 60680

_____
Coordinator, Personnel Records

EXHIBIT

_A_

## CHANGE NOTICE

Instructions: Complete 6-part set and forward to Budget.

| Name: Last | First | Middle Initial | Employee No. | Effective Date of Change |
|---|---|---|---|---|
| Hajeski | Bernadine | | 27820 | 12-01-01 |

| Last Day Worked | Date Entered Service | 1/11/1 | #Next Progression Date (if applicable) | |
|---|---|---|---|---|

| | From | To | Accounting Use Only | |
|---|---|---|---|---|
| Department | Investment | Capital Investment | | |
| Section | | | | |
| Area Name & Area No. | Fin. | Development (972) | 60-62 | |
| Function No. | | | 56-59 | |
| Date Starting on Present Job | | | 33-41 | |
| Job Title | Analyst II | Analyst II | | |
| Job Sch. No. & Grade or Level | 5/1 & | 5/1 & | 44-45 | |
| Base Wage Rate | per | per | 80-81 | |
| Paid Hourly Rate (Union) | | | 42-43 | |
| Union Code | | | 74-75 | |
| Job Code | | | 3 | |
| Job Category (P. A. Use Only) | | | | |
| Budget Position No. | 751 | | | |

Remarks:

( Area &/or Job Change )    Wage Change    Annual Change $ _____    Posting No. _____
Work Status    Separation Code    Prior Service Credit _____    Requisition No. _____

Authorization

| Recommended | 5/6/2 Date | Manager, Personnel Administration | 11/12 Date |
|---|---|---|---|
| Manager, Deputy, or General Attorney | Date | Deputy Executive Director, Human Resources & Benefit Services | Date |

cta 7706 (rev. 03/97)

74    EXHIBIT I

**From:**     Francine Yates
**To:**       Anosike, Dennis; Carter, Dorval; Kruesi, Frank
**Subject:**  DEPARTMENTAL ISSUES

EARLIER TODAY, THERE WAS A CHAIR JUST SITTING AT THE END OF A CO-WORKER'S DESK
WHO IS ON MY TEAM. I SAID, " WHO PUT THIS CHAIR HERE?" I WAS CONCERNED BECAUSE OF
THE WORKPLACE SAFETY MEETING WE RECENTLY HAD. RON DURR REPLIED WITH A SMART
MOUTH AND SAID, "WHY YOU WORRIED ABOUT IT?" I SAID, "RON, I'M NOT TALKING TO YOU." I
WENT TO REPORT THE SITUATION TO JIM FIORITO, HIS MANAGER, BEFORE THINGS GOT OUT
OF HAND. I TOLD JIM WHAT HAPPENED AND ALSO MENTIONED THE INCIDENT LAST YEAR
WHEN RON DURR CAME INTO MY CUBICLE AND WAS YELLING AT ME AND BLOCKING MY PATH.
I TOLD JIM IF HE BLOCKED MY PATH AGAIN, I WAS GOING TO CALL THE POLICE.

AT 12:41 P.M. TODAY, 11/12/03, I WAS WALKING DOWN AN AISLE WITHIN THE CAPITAL
INVESTMENT DEPARTMENT. RON DURR WAS COMING OUT OF JIM FIORITO'S OFFICE. HE GOT
UP IN MY FACE AND STARTED BLOCKING MY PATH. I MANAGED TO GET PAST HIM AND HE
CALLED ME A **_STUPID ASS BITCH._** HE ALSO SAID SOME OTHER THINGS WHICH I DID NOT
REPORT BECAUSE I WANTED TO BE REALLY SURE.

JIM FIORTIO WAS STANDING RIGHT IN HIS OFFICE WITH HIS DOOR OPEN AT THE TIME THIS
WAS OCCURRING. RON DURR SAID IT LOUD ENOUGH SO OTHERS IN THE DEPARTMENT
COULD HEAR. I REPORTED IT TO JIM FIORITO. I WENT TO MY DESK AND CALLED THE POLICE.
JIM FIORITO ALSO ENCOURAGED ME (IN FRONT OF THE POLICE OFFICERS) TO FILE AND EEO
CHARGE WHICH I DID AS WELL.

FRANK, IS THIS THE WAY EMPLOYEES SHOULD BE ADDRESSING ONE ANOTHER AT THE CTA?
IF SO, IT'S EMBARRASSING AND QUITE HOSTILE.

CORDIALLY,

MS. FRANKI

EX H 2817

1 OFFENSE/INCIDENT PRIMARY CLASSIFICATION

2 NAME OF LOCATION IF APPLICABLE

6. DATE OF OCCURRENCE - TIME
DAY MO YR

3 R.D. NO

BEAT OF OCCUR

**CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.**

If an arrest has taken place, the following is your court information: Date:

Time:                    Court Branch:                Court Loc.:

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney Office at (773) 869 - 7200.

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

THIS IS AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number if you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether an investigative follow-up investigation will likely result in the arrest and identification of the suspect(s) or the recovery of property. A detective will be assigned to determine if further investigation of the area can be justified. *A detective will not routinely contact you unless additional information is needed*. *If further assistance is needed*.

### REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit listed below:

| FOR PROPERTY CRIMES | FOR VIOLENT CRIMES | FOR YOUTH INVEST. |
|---|---|---|
| ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| ☐ (312) 744-8265 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-8259 |
| ☐ (312) 746-8362 | ☐ (312) 746-8282 | ☐ (312) 746-8365 |

**NB HARBOR** (all Areas) ☐ (312) 746-7619

### REPORT CALL:
The above listed R.D. Number may suffice for insurance purposes. However, there may be times between when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the time the incident was reported. To obtain a copy of the report, send a check or money order payable to the CHICAGO POLICE DEPARTMENT - CITY OF CHICAGO in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st Floor, 3510 South Michigan Ave, Chicago, Illinois 60653, requesting the following information with your request: 1) Victim's name and address (or location working crime), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

### THE RIGHT CALL:
To report a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits, call (312) 746-6000.

### ALTERNATIVE POLICING STRATEGY (CAPS):
Police alone cannot solve the problems of crime in our City. It takes an active and informed community working to save work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team or community. To find out how, call:

**SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**

**CAPS HOTLINE:** (312) 744-CAPS (312) 744-2277) or 311

Your next Beat Community Meeting will be held on (date / time)

at (location)

information about CAPS is available on the **World Wide Web** at http://www.cityofchicago.org/CAPS

**IMPORTANT: KEEP THIS NOTICE FOR PERSONAL RECORDS**

### TELEDUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Crime Prevention Department 24 hour by calling (312) 746 - 9375. Hearing-impaired persons in need of assistance during normal business had also contact their local/Area district or the Preventive Programs and Neighborhood Relations Division at (312)685.

### OBTAIN A WARRANT OR SUMMONS FOR CRIMINAL CHARGES
If a case is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this information. Notice and any other relevant information, such as the offender's name, physical description, and witness to the warrant officer assigned to the relevant court. The warrant officer will then assist you in the process of obtaining the warrant or summons (exc court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.

| I District 1st Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| 14,15,16,17,25 | Branch 21 | 5555 W. Grand Ave. |
| 1,9,10,20,22,24 | ~~Branch 20~~ | ~~3162 W. Belmont~~ |
| 2,7,8,9,21 | Branch 34 | 155 W. 51st St. |
| 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| 1,10,11,12,13 | Branch 43 | 3150 W. Flournoy St. |

* Incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court local 1340 S. Michigan, on the first floor.

### AUTOMATED VICTIM NOTIFICATION (AVN)
The County of Cook has a toll-free, multilingual, 24-hour Automated Victim Notification System, 1-877-846-3469. You to obtain information about defendant's custody or custody inside of Cook County Jail, call. *NO RECOVERY IS PROVIDED FOR AVN your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

### ILLINOIS CRIME VICTIMS NOTIFICATION
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE.* *FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or of deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Section, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-6767.

### RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED
The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

### CREDIT CARDS - CHECKS, LOST OR STOLEN
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.



DEPT. OF HUMAN RIGHTS
LEGAL DIVISION

DEC 01 2006

RECEIVED

BY_____



## OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

November 30, 2006

Mr. Armando Mojica
Illinois Department of Human Rights
100 W. Randolph St.
10th Floor
Chicago, IL 60601

      Re:    *Francine Yates v. Chief Legal Counsel, Dept. of Human Rights*
             App. Ct. No. 1-06-3107
             DHR No. 2004 CF 2159

Dear Mr. Mojica:

      I have been assigned to represent the Chief Legal Counsel of the Department in the above-referenced case. The record is due to be filed with the Appellate Court on December 8, 2006. Please do not hesitate to contact me if you need an extension of this deadline or if you have any questions.

                        Very truly yours,

                        JOHN P. SCHMIDT
                        Assistant Attorney General
                        100 West Randolph Street
                        12th Floor
                        Chicago, Illinois 60601
                        (312) 814-2770

## Equal Employment Opportunitity



< BACK

**RELATED LINKS**

o Letter From The President
(PDF Format)
o Policy Statement Regarding Equal
Employment and Service Equity
(PDF Format)
o Disadvantaged Business
Enterprise (DBE) Program
o Human Resources

**Policy Statements:**
o Equal Employment and Service
Equity
o Workplace Harassment
o Gender Discrimination
o Race Discrimination
o Age Discrimination
o Retaliation
o Persons with Disabilities
o Religion and National Origin
Discrimination
o Provisions for Disabled Veterans
and Vietnam-Era Veterans

 **Download Acrobat Reader**

The Diversity Section is the part of the Diversity and Small Business Compliance Department. The Diversity Section ensures that CTA complies with the appropriate federal and state equal employment opportunity laws and guidelines, affirmative action goals, equal employment opportunity, employment practices, procurement activities and transit service delivery.

The CTA is committed to providing equal opportunity and service equity to its employees, job applicants, customers, vendors, contractors and suppliers. This commitment means that the CTA does not discriminate on the basis of race, color, creed, religion, sex, marital status, national origin, sexual orientation, ancestry, age, military status, and physical or mental disability. The CTA prohibits workplace harassment, including sexual harassment, as well as retaliation against employees.

The Diversity Section is available to provide equal employment opportunity (EEO) assistance, or to answer questions regarding EEO-related issues. Please contact the Diversity Section at 312-681-2609 with any questions or concerns.

**Pamela Beavers, General Manager**
Diversity and Small Business Compliance Programs
Department

BACK

Copyright © Chicago Transit Authority
Terms of Use/Legal :: Privacy :: Contact Us :: Feedback



**FRANK KRUESI**
President

**CHICAGO TRANSIT AUTHORITY**

P.O. Box 7567
Chicago, Illinois  60680-7567
TEL 312 681-5000
fkruesi@transitchicago.com

November 14, 2004

Letter from the President

The Chicago Transit Authority (CTA) remains committed to taking affirmative actions to ensure equity and fairness in our work environments, our business practices, and our delivery of service to the community.  In providing service to Chicago and 40 suburbs, the CTA serves a large and diverse area.  It is the continued policy and goal of the CTA to have a workforce that is reflective of the diverse communities we serve and to ensure equal employment opportunity in all personnel actions.  With a workforce of more than 11,640, the CTA is the twentieth largest employer in the region.  The CTA developed and administers an Equal Employment Opportunity Program (EEOP).  The EEOP was developed in accordance with the guidelines established by the United States Department of Transportation's Federal Transit Administration.

As part of the program, CTA established goals and timetables to achieve a workforce consistent with the availability of minorities and women in the Cook County labor market.  Through dedicated efforts to reach these goals and by providing equal employment opportunities, it is CTA's steady objective to attract and maintain a workforce consisting of qualified individuals to service the diverse Chicago metropolitan area.

In pursuit of these goals and objectives, the CTA developed an Affirmative Action Unit.  It is responsible for monitoring CTA's affirmative action efforts and for providing equal employment opportunity training to all employees.  Pamela Beavers, the General Manager of the DBE/EEO Programs/Contract Compliance Department is the designated EEO Officer.

CTA continues to deliver quality, affordable transit services that link people, jobs and communities with a focus on our commitment to assure a diverse workforce. I am confident that an overall spirit of cooperation will prevail as we pursue the essential EEOP goals and objectives over the next three years.  I urge all employees and the public to review the Program and become familiar with its key elements.  The EEOP is available for review in the office of the Affirmative Action Unit.

Sincerely,

Frank Kruesi

003.00 rev. (10/04)

**Carole L. Brown**
Chairman
Chicago Transit Authority



567 West Lake Street
Chicago, Illinois 60661

## POLICY STATEMENT
## REGARDING
## EQUAL EMPLOYMENT AND SERVICE EQUITY

The Equal Employment Opportunity Program (EEOP) for equal employment opportunity is the Chicago Transit Authority's (CTA) written commitment to ensure equality of opportunities in its employment practices, as well as equal opportunity for vendors, contractors, and suppliers in its procurement activities, and in the delivery of transit services.

Specifically, it is the policy of CTA that all terms and conditions of employment, including, but not limited to, recruitment, selections, appointments, procurement activities, promotions, terminations, compensation, benefits, transfers, layoffs, training, educational opportunities, and other terms and conditions of employment, will be administered without regard to race, color, creed, religion, sex, marital status, national origin, sexual orientation, ancestry, age, military status (except for unfavorable military discharge) or disability, provided that the individual with the disability is able to perform with or without accommodations the essential functions of the job that he or she holds or desires to hold.

CTA endeavors to make reasonable accommodations for employees with known disabilities and for the known religious observations and practices of any employee or prospective employee, unless such an accommodation imposes an undue hardship to the conduct of CTA's business.

An internal complaint procedure is provided to address and resolve complaints of discrimination, including retaliation and harassment. Appropriate action will be taken to prevent discrimination, retaliation, and harassment and to ensure that the rights of employees who file complaints are respected.

CTA complies with all appropriate federal and state laws, rules and regulations and gives special attention to increasing the participation of minorities, females, and disabled individuals in all facets of the CTA's activities. In order to achieve equal employment opportunities, CTA administers an aggressive Equal Employment Opportunity Program to recruit, train and promote qualified females and minorities. The ultimate goal is to reach parity (i.e., representation of minority group members and females at all levels in the workforce commensurate with their availability in the appropriate external labor market). As CTA strives to achieve parity in the workplace, the relevant labor market is CTA's guide in monitoring progress. However, the EEOP does not impede the interests of non-members of protected classes. The EEOP details action programs to be undertaken to meet equal employment opportunity goals.

In the area of contracting for goods and services, CTA requires all contractors, vendors, and suppliers to comply with appropriate federal and state laws, rules and regulations and the equal employment opportunity policies of CTA. This includes the submission of an affidavit by the contractor that the contractor does not and will not discriminate in its employment practices on the basis of race, color, creed, religion, sex, marital status, national origin, sexual orientation, ancestry, age, unfavorable military discharge or disability.

Consistent with the provisions of Title VI of the Civil Rights Act of 1964, no person shall, on the grounds of race, color or national origin be excluded from participation in, be denied benefits of, or otherwise be subjected to discrimination from CTA transit service and related activities. All operations of CTA must demonstrate a commitment to the Equal Employment and Service Equity Policy.

**Policy Statement Regarding Equal Employment Opportunity and Service Equity (Continued)**

The President and the General Manager of the DBE/EEO Programs/Contract Compliance Department are delegated responsibility to insure the implementation of CTA's EEO Program and that all associated policies are adhered to. It is also an established practice that the Chairman and all Executive Vice Presidents, Vice Presidents, General Managers, and their management staff share in the responsibility for CTA's EEOP success.

CTA which serves a large and diverse community, expects to take a leadership role among urban mass transit agencies in aggressively pursuing an effective affirmative action and equal employment opportunity program.

Any CTA employee who violates this policy will be subject to appropriate disciplinary action.


Carole L. Brown, Chairman
Chicago Transit Board


Dated: July 14, 2004


change 6/9/04

**Carole L. Brown**
Chairman
**Chicago Transit Authority**



567 West Lake Street
Chicago, Illinois 60661

## POLICY STATEMENT
## REGARDING
## RACE DISCRIMINATION

The CTA confirms its commitment to prohibiting discrimination against applicants and employees based on race. This policy applies to all personnel practices, including recruitment and job advertising, hiring, selection for training, promotion, separation, demotion, lay-off, transfer, rates of pay, other forms of compensation, and all other terms, conditions and privileges of employment.

Each CTA employee, at every level, shall be held accountable for his or her performance in complying with this policy. All employees are expected to demonstrate an awareness, sensitivity and commitment to this policy, and to make every reasonable effort to carry out the responsibilities of this policy in his or her duties. Any CTA employee who violates this policy will be subject to appropriate disciplinary action.

The Affirmative Action Unit will take steps to implement this policy, including, but not limited to the following:

- Provide training, education and compliance reviews to assist in ensuring that there are no distinctions based upon race in any aspect of employment;

- Enlist the assistance of recruitment sources to provide equal employment opportunity without regard to race;

- Foster understanding and acceptance of diversity through education and training, and encourage employees to assist in meeting this obligation;

- Establish meaningful contacts with minority and ethnic organizations to advise, educate and provide technical assistance concerning CTA's equal employment policies; and

- Utilize internal monitoring procedures to assist the CTA in its obligation to provide equal employment opportunity..

All operations of CTA reflect commitment to this policy. Any CTA employee who believes that he or she has been the victim of race discrimination is urged to immediately bring the matter to the attention of the Affirmative Action Unit.

Carole L. Brown, Chairman
Chicago Transit Board

Dated: July 14, 2004

change 6/9/04

**Carole L. Brown**
Chairman
**Chicago Transit Authority**



567 West Lake Street
Chicago, Illinois 60661

## POLICY STATEMENT
## REGARDING
## PERSONS WITH DISABILITIES

It is the policy of CTA to take affirmative action to employ and promote qualified persons with disabilities. This policy covers all personnel practices, including hiring, recruitment and job advertisement, selection for training, promotion, separation, demotion, lay-off, transfer, rates of pay, other forms of compensation, and all other terms, conditions and privileges of employment.

Each employee of CTA, at every level, shall be held accountable for his or her performance in complying with this policy. The Affirmative Action Unit will take steps to monitor and to ensure enforcement of this policy. Actions to be implemented by the CTA will include, but not be limited to, the following:

- Reviewing all employment practices, including physical and mental qualifications, to ensure that they are job-related;

- Enlisting the assistance of groups and organizations serving the disabled to help identify, recruit and select qualified persons with disabilities; and

- Making reasonable accommodations to the known physical and mental limitations of employees and applicants with disabilities, unless such accommodations would impose an undue hardship on the conduct of CTA's business.

All operations of CTA shall reflect a commitment to this policy. Any CTA employee who violates this policy will be subject to appropriate disciplinary action.

Carole L. Brown, Chairman
Chicago Transit Board

Dated: July 14, 2004

change 6/9/04

**Carole L. Brown**
Chairman
**Chicago Transit Authority**



**567 West Lake Street**
**Chicago, Illinois 60661**

## POLICY STATEMENT
## REGARDING
## SEX DISCRIMINATION

The CTA confirms its commitment to prohibiting discrimination against applicants and employees based on sex. This policy applies to all personnel practices, including recruitment and job advertising, hiring, selection for training, promotion, separation, demotion, lay-off, transfer, rates of pay, other forms of compensation, and all other terms, conditions and privileges of employment.

Each CTA employee, at every level, shall be held accountable for his or her performance in complying with this policy. All employees are expected to demonstrate an awareness, sensitivity and commitment to this policy, and to make every reasonable effort to carry out the responsibilities of this policy in his or her on-going duties. Any CTA employee who violates this policy will be subject to appropriate disciplinary action.

Specific steps to enforce and implement this policy include, but are not limited to, the following:

- CTA will ensure that there are no distinctions based upon sex in any aspect of employment;

- Employees of both sexes will have an equal opportunity to any available job that he or she is qualified to perform;

- There will be no distinction made between married and unmarried individuals of both sexes;

- Appropriate facilities will be provided and maintained for employees of both sexes; and

- Seniority lines and lists will not be segregated by sex, and retirement provisions are to be the same for both sexes.

All operations of CTA shall reflect a commitment to this policy.

Carole L. Brown, Chairman
Chicago Transit Board

Dated: July 14, 2004

change 6/9/04



**Carole L. Brown**
Chairman
Chicago Transit Authority

567 West Lake Street
Chicago, Illinois 60661

## POLICY STATEMENT
## REGARDING
## AGE DISCRIMINATION

The CTA confirms its commitment to prohibiting discrimination against applicants and employees on the basis of age. This policy applies to all personnel practices, including recruitment and job advertising, hiring, selection for training, promotion, separation, demotion, lay-off, transfer, rates of pay, other forms of compensation, and all other terms, conditions and privileges of employment.

Each CTA employee, at every level, shall be held accountable for his or her performance in complying with this policy. All employees are expected to demonstrate an awareness, sensitivity and commitment to this policy, and to make every reasonable effort to carry out the responsibilities of this policy in his or her duties. Any CTA employee who violates this policy will be subject to appropriate disciplinary action.

All operations of CTA reflect commitment to this policy. Any CTA employee who believes that he or she has been the victim of age discrimination is urged to immediately bring the matter to the attention of the Affirmative Action Unit.

Carole L. Brown, Chairman
Chicago Transit Board

Dated: July 14, 2004

change 6/9/04

**Carole L. Brown**
Chairman
**Chicago Transit Authority**



567 West Lake Street
Chicago, Illinois 60661

## POLICY STATEMENT
### REGARDING
### RELIGION AND NATIONAL ORIGIN DISCRIMINATION

The CTA confirms its commitment to prohibiting discrimination based on religion and national origin in its personnel practices, including recruitment and job advertising, hiring, selection for training, promotion, separation, demotion, lay-off, transfer, rates of pay, other forms of compensation, and all other terms, conditions and privileges of employment. CTA will endeavor to make reasonable accommodation for the religious observances and practices of employees and prospective employees, unless such accommodations will impose an undue hardship on the conduct of CTA's business.

Each CTA employee, at every level, shall be held accountable for his or her performance in complying with this policy. The Affirmative Action Unit will take steps to implement this policy, including, but not limited to the following:

- Enlisting the assistance of all recruitment sources to provide equal employment opportunity without regard to religion or national origin;

- Fostering understanding and acceptance of diversity, and encouraging employees to assist in meeting this obligation;

- Establishing meaningful contacts with religious and ethnic organizations to advise, educate and provide technical assistance should the need occur; and

- Utilizing internal monitoring procedures to assist the CTA in its obligation to provide equal employment opportunity irrespective of religion or national origin.

All operations of CTA shall reflect commitment to this policy. Any CTA employee who violates this policy will be subject to appropriate disciplinary action.

Carole L. Brown, Chairman
Chicago Transit Board

Dated: July 14, 2004

change 6/9/04

Carole L. Brown
Chairman
Chicago Transit Authority



567 West Lake Street
Chicago, Illinois 60661

## POLICY STATEMENT
## REGARDING
## RETALIATION

The CTA confirms its commitment to prohibiting discrimination against employees engaged in activities protected applicable employment laws.  The CTA prohibits retaliation against employees who oppose unlawful employment practices or make a charge, or testifying, assist or participate in any manner of an investigation, proceeding or hearing concerning claims of unlawful employment practices.

Prohibited acts of retaliation include (without limitation) wrongful discharge, demotion or transfer of an employee who engaged in activity protected by applicable employment laws.

All operations of CTA shall reflect a commitment to this policy.  Any CTA employee who believes that he or she has been the victim of retaliation for opposing an internal or external investigation is urged to immediately bring the matter to the attention of the Affirmative Action Unit.

Carole L. Brown, Chairman
Chicago Transit Board

Dated: July 14, 2004

change 6/9/04

Plan your Colorado getaway today! - Search Results - Yahoo! Mail     Page 1 of 3

Case 1:08-cv-04097 - Document 5 - Filed 08/21/2008     Page 20 of 59

Yahoo!     My Yahoo!     Mail     More          **Make Y! My Home Page**          **Hi, beyondtheregular**          Sign Out     All-New Mail

Help

# YAHOO! MAIL
### Classic

Search          **WEB SEARCH**

**H&R BLOCK**
You get people™
hrblock.com

Talk to you

| **Mail** | **Contacts** | **Calendar** | **Notepad** | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**     **Compose**          **Search Mail**     **Search the Web**

What's your car Worth? Find out!

Previous | Next | Back to Search Results          Mark as Unr

**Delete**     **Reply** ▼     **Forward**     **Spam**     **Move** ▼

**Folders**     [Add - Edit]

**Inbox (41355)**

Drafts (4)

Sent

**Spam (13779)**     [Empty]

Trash     [Empty]

---

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT

Tired of paying retail?
**Buy Direct!**

**DirectBuy**
Free Insider's Guide

**Plan your Colorado getaway today !**          Friday, August 15, 20

**From:**     "Colorado Tourism Office"
<rbofefcbbaecjyebjocbjofgigfby@curtailments.com>

**To:**     beyondtheregular@yahoo.com

Plan your Colorado getaway today - Click Here!



LET'S TALK
**COLORADO**

FALL FOR COLORADO
ALL OVER AGAIN.

ENTER FOR YOUR CHANCE TO WIN 1 OF 3 COLORADO VACA

Nobody does fall like we do in Colorado. Other states may talk about the fall colo unless you've seen the aspens turn, you haven't seen anything yet. Get out and state - rediscover your favorite places and create some new fall memories. Our weather makes this the perfect time to discover a new fall or summer's market, a

Yahoo!   My Yahoo!   Mail   More          **Make Y! My Home Page**          **Hi, beyondtheregular**          Sign Out   All-New Mail

Help

 **YAHOO!** MAIL
Classic                                    Search                                                                    **WEB SEARCH**

 TRAVELERS   SAVE UP TO $472 on car insurance. It's smarter under the red umbrella.    GET A Q

| **Mail** | **Contacts** | **Calendar** | **Notepad** | | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**   **Compose**                                          **Search Mail**   **Search the Web**

Netflix
Only $4.99/mo.

Previous | Next | Back to Messages                          Mark as Unread |   Print

**Delete**   **Reply**   **Forward**   **Spam**   **Move...**

**Folders**   [Add - Edit]

**Inbox (41474)**

Drafts (4)

Sent

**Spam (13627)**   [Empty]

Trash   [Empty]

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT



### Tired of ordinary coffee, try Seattle Coffee Direct

Tuesday, July 8, 2008 10:37 PM

**From:**  "Great coffee" <Hilary@auktun.com>

**To:**  beyondtheregular@yahoo.com

Have the worlds finest micro coffee roasts sent directly to your door.

Get 2 new stainless steel coffee tumblers, 2 new 14oz coffee mugs and 2 gourmet bags of coffe and pay NO shipping charges.

Get 5 for $5 each of the finest micro roasts coffee and its delivered.

Lets get started, http://www.nittoy.com/escseacof/

This message has been sent to you by Forest Bay Net Services.
You may call to remove your address: 1.888.575.3216.
215 Paul Bunyan Dr. N.W. #228, Bemidji, MN 56601.
You can also click on the following link to be removed:

http://www.nittoy.com/seacofrm/

Please allow up to 48 hours for total removal.  Thank you.



Yahoo!   My Yahoo!   Mail   More       **Make Y! My Home Page**       **Hi, beyondtheregular**       Sign Out    All-New Mail

Help

# YAHOO! MAIL
### Classic

Search                    **WEB SEARCH**

| Mail | Contacts | Calendar | Notepad |  | What's New? | Mobile Mail | Options |

**Check Mail**   **Compose**                                      **Search Mail**   **Search the Web**

Netflix
Only $4.99/mo.

Previous | Next | Back to Messages                    Mark as Unread |    Print

**Delete**    **Reply ▼**    **Forward**    **Spam**    **Move... ▼**

**Folders**    [Add - Edit]

**Inbox (41472)**
Drafts (4)
Sent
**Spam (13627)**  [Empty]
Trash          [Empty]

**Search Shortcuts**

My Photos
My Attachments

ADVERTISEMENT

Click to
Discover

### Find a prestigious psychology school here
Tuesday, July 8, 2008 7:56 PM

**From:** "PsychologySchools" <Audrie@boxrect.com>

**To:** hubbapriest@yahoo.com

Do you enjoy helping others?  Would you like to change your career path?  Consider and career in Psychology.

With a click below, we can get you all the info you need to begin your career in psychology.

http://www.axsort.com/pssc/

This message has been sent to you by JulesTynes Services.

Please use the following link for removal or one of the options below:

http://www.axsort.com/RM5023

1289 N Fordham Blvd. #223 Chapel Hill Nc 27514.

You may also call to remove your address 1.888-753-6331

**Delete**   **Reply ▼**   **Forward**   **Spam**   **Move... ▼**

Previous | Next | Back to Messages    Select Message Encoding    | Full Headers

Yahoo!   My Yahoo!   Mail   More         **Make Y! My Home Page**      **Hi, beyondtheregular**      Sign Out    All-New Mail

Help

# YAHOO!® MAIL Classic

Search                                            **WEB SEARCH**



**LifeLock.**  #1 in Identity Theft Protection        Teenager with a mortgage?        www.life

| Mail | Contacts | Calendar | Notepad | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail** | **Compose**                          **Search Mail** | **Search the Web**

---

Netflix
Try for Free!

Previous | Next | Back to Messages

**Delete**   **Reply** ▾   **Forward**   **Spam**   **Move...** ▾

**Folders**   [Add - Edit]

**Inbox (41457)**        ### Hello Francine Yates, Apply to be a Secret Shopper Now!

Drafts (4)              **From:**   "secret_shopper@productsciencecenter.com" <secret_shopper@productscier

Sent

**Spam (13630)** [Empty]   **To:**   "Francine Yates" <beyondtheregular@yahoo.com>

Trash    [Empty]

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT

Download to Play



# GET PAID TO

## Secret Sh
### to help anony

## *Sign up now!*

**Hurry before this limited
time offer runs out!**

OpinionResearchPanel | 848 Bridge Ave. #51 J | Ev

To recieve your gift you must: 1) register with valid information; 2) complete th
1 Gold and 2 Platinum offers. Purchase may be required. Please read the Terms
of all requirements, we will ship the incentive gift to yo

OpinionResearchPanel.com is an independent rewards program for consumer
or endorsed by any of the listed products or retailers. Trademarks, serve
(including, without limitation, the individual names of products and retailers)
Copyright © 2007 OpinionResearchPanel.com. All

---

**Only 62 t**

# captiva skincare
## stretch mark formula

**Supplies are Limited. A**



## Order Your FREE Trial Today!

First Name:

Last Name:

Email:

Phone:

Address:

Country: Select Country

City:

State:

Zip:









## Discover the Breakthrough Cream that
## Fades Stretch Marks Like Nothing Else!

Do you cringe every time you look at your stretch marks? You're not alone. 90% of pregnant women dev marks (or striae, the term dermatologists use), no matter how many lotions and creams they put on. Me women get them too, especially during puberty, when the body changes rapidly. So nearly everyone's go somewhere. Unfortunately, they're often in embarrassing places, showing up at your most intimate mom

You don't have to be concerned about covering them up any longer! **Now anyone can use Captiva Str Formula**, the breakthrough cream, striae minimizing formula that will significantly reduce your stretch m goodby to your stretch marks once and for all with our highly concentrated blend of peptides. Now Availa prescription.





Yahoo!   My Yahoo!   Mail   More

Make Y! My Home Page          Hi, beyondtheregular          Sign Out      All-New
                                                                          Mail
                                    Help

 YAHOO! MAIL
                      Classic

Search                                    **WEB SEARCH**

 RICH DAD'S **Learn To Be Rich** *FREE GIFT* FREE TRAINING When You Attend!

| **Mail** | **Contacts** | **Calendar** | **Notepad** | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**   **Compose**                        **Search Mail**   **Search the Web**

 See your credit
score - free

Previous | Next | Back to Search Results          Mark as Unread |      Print

Delete    Reply ▾    Forward    Spam    Move... ▾

**Folders**        [Add - Edit]

**Inbox (41358)**

Drafts (4)

Sent

**Spam (13777)**  [Empty]

Trash             [Empty]

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT
newsmax.com

**Over
for
Obama?**
**Vote Here
Now!**

**For Women Only! The New Sex Toy That Will Rock Your World**
Saturday, May 24, 2008 5:15 PM

**From:** "kathlynlambert@terra.com" <kathlynlambert@terra.com>

**To:** undisclosed.recipients@mailout2.accesscomm.ca

### Sixty Seconds To Heaven?

Absolutely! Take the Jack Rabbit Challenge: **we dare
you not to come** (the first time :) **in 60 seconds or
less.**
The Jack Rabbit Vibrator will shock and amaze you with
its **multi-orgasmic powers.**

Its **unique combination of features** deliver **mind
blowing pleasures** second to none.

See what you have been missing. **Experience the
incredible Jack Rabbit Vibrator now!**

**Jack Rabbit Vibrator**

Ps. Here's what one of our customers had to say:

*"The most mind-blowing orgasms I have ever had!
It is sensational. The clit tickler is amazing – I was
screaming, it felt so good, and the rotating beads just
sent me over the edge." J. Beal*

PPs. Yes, it's the same one **made famous by Sex & the
City** (did you see the episode?).

Unsubscribe

Yahoo!    My Yahoo!    Mail    More        **Make Y! My Home Page**        **Hi, beyondtheregular**        Sign Out    All-New Mail

Help

**YAHOO!** MAIL
Classic        Search                        **WEB SEARCH**



Apply today and have the money
in the bank as soon as tomorrow.    **Apply Now ›**        Payday
                                                                Cash Loan

| Mail | Contacts | Calendar | Notepad | | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**    **Compose**                    **Search Mail**    **Search the Web**


See your credit
score - free

Previous | Next | Back to Search Results                    Mark as Unread

**Delete**    **Reply** ▾    **Forward**    **Spam**    **Move...** ▾

**Folders**    [Add - Edit]

**Inbox (41355)**

Drafts (4)

Sent

Spam (13779)  [Empty]

Trash          [Empty]

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT

Jewelry Auctioned
up to 95% off
Click to
Discover

### This is why you're fat                    Sunday, March 30, 200

**From:** "Dr. Suzanne" <LUFESUNC@festernost.info>

**To:** beyondtheregular@yahoo.com

Hi, did you receive the message that I sent you the other
regarding the issues you're having with your weight?

My name is Suzanne, and I'm a real doctor that would like
you why you may be "fat" and why you're unable to lose wei
matter how hard you try.

First off, please always know that it's not your fault...I
like to show you the disgusting truth right now as to what
keeping you fat!

Press here to see the disgusting truth that is keeping you
losing fat:
http://festernost.info/tr.php?45106+beyondtheregular@yahoo

After you see what the problem is, I will then show you ho
it is to finally lose the fat that you want to lose.

Thank you!

Dr. Suzanne


-----

To not receive future offers/promotions from "Dr. Suzy" pl
press on the below
link and scroll to the bottom of the page:
http://festernost.info/tr.php?45107+beyondtheregular@yahoo

Or send us a letter at:

6965 El Camino Real
Suite 105 - 698
La Costa, CA 92009

To not receive future offers/promotions from "LUFESU" plea
on the below link and scroll to the bottom of the page and
will be removed from this database within 24 hours:
http://festernost.info/unsub.php?
client=LUFESUNC&msgid=28030800025&email=beyondtheregular@y

Or send us a letter at:

LUFESU Data List
6965 El Camino Real Suite 105-698
La Costa, CA 92009

TRCK:LUFESUNC;beyondtheregular@yahoo.com;1;





Earnings Disclaimer | Contact us | /

**World-Famous TV Lady Doctor comes forth and blows the lid off the conspiracy to keep you unhealthy, fat & just plain sick...**

# Shocking Proof!

# Here's the real reason you're fat

**"The Reason You Can't Lose Weight has Nothing to With Your *Will-Power*, *Over-Eating* or the *Right Diet!* ... The Reason You are Fat and Unhealthy is Because You Have Disgusting *Plaque* and Horrible Little *'CRITTERS'* Living in Your Guts!"**

**"...And Now I'm Going to Show You How to Get Rid All of It so You Can Shed 10 lbs, 25 lbs, 50 lbs eve 100 lbs or more - and Keep It Off FOREVER!!"**

*Ask yourself ...*

Do you really want all this junk living inside your guts?

This is harmful Plaque (below) - Everybody has it. But to keep from getting sick and to be able to maintain a healthy body weight you MUST get rid of it now!

If you don't, it will eventually cause you to not be able to lose weight *(regardless of how much you diet and exercise!)* and eventually it will kill you!



These are harmful Parasites (below) - Everybody has them. If left to live and breed inside your stomach, small and large intestines and colon, they will eventually cause you to <u>put</u> <u>gain lots of weight, get sick more</u> often, and <u>take many, many years off your life</u>!

They use your body as a 'Food Storehouse' and so they can live and breed by the million But now it's time to flush them out and down the toilet for good. If you don't they will jus make you fatter and much, much sicker!



## Would you trust anything living in your bowels that has te but *NO* eyes?



## "Most *doctors*, so-called *diet gurus* and *fitness experts* a either lying to you, or just plain don't know what they'r really talking about!"

**That's Right! This lady Doctor is Ticked-off at Everyone for Lying to You!! ... And She's Putting an End to It for Good!**

**...But Will You Listen to Her???**



9:08 a.m.
Wednesday

**Dear Friend,**

I really do care about you! - And I want to be YOUR Doctor! ...

Although I've never met you face to face, I do in fact c about you very much. And it saddens me deeply that despite assurances from the people you believe you c trust, you are nonetheless being lied to every single da

In fact, this very fact alone literally breaks my heart.

**Here's the straightforward TRUTH:** Doctors, Diet Fo Companies, and Health Professionals are now lying to and have been lying to you and everyone else for dec

**Want PROOF?**

That's easy! - Just look around you as more and more *diet foods*, *magic diets*, *diet fads health foods* & even *drugs* supposedly designed to make you lose weight become avail **people are nevertheless getting FATTER and FATTER and LESS and LESS health**

You don't need such-n-such medical agency or someone at CNN telling you a **bunch o fluffed up statistics and misleading numbers** when all you have to do is ask yourself

easy question:

> *"Why is it that we have 21st century medicine and the greatest resources available to us on earth now more than ever, but people are just getting fatter and more and more unhealthy?"*

**Never let anyone argue against your reasoning, and keep this question in the bac your mind no matter what - <u>and regardless of what someone else may say</u>!**

More importantly, try asking this question above to everyone you know, including docto and health professionals, and see what kind of answers they give you.

I already know exactly what responses you'll get from them:

- "It's not an easy thing to answer." *(Yes it is - just say it, doc!)*
- "The answer is far more complicated than the question." *(Not really, what are yo hiding, doc?)*
- "She [me] is only interested in selling you her diet book." *(I'm really just trying to save your life!)*
- "People have no self-control." *(If this were true humans would have died off a ago due to eating themselves to death - and many doctors rely on this answ above most of the others! Ridiculous!!)*
- "There are more fatty foods out there today." *(And you know this is a load of cr because $100 millions of dollars are being spent on the manufacture of so-called healthy foods today than ever before - yet a WHOPPING 68% of most people living in North America alone are considered OBESE! - And even oth nations are starting to see the 'bulge!')*

What's worse is if you actually settle for their answers and just assume that everything i going to be fine (<u>but it won't!</u>)

**If you don't act now, you may not live much longer!**

As a doctor I've seen far more than my fair share of people who were alive one day and **then dead the next**.

What really SHOCKED me was when talking to their loved ones a tad later to actually h some of them say such things like:

- "He seemed so healthy!"
- "She was so young, it's not fair!"
- "I don't understand, he ran 5 miles a day!"
- "What a shock, she ate only the healthiest organic stuff!"
- "Something else must have caused it as she was a vegetarian."

...and so on.

**And before I say one more word, I want to assure you that I do NOT for a single second ever wish to hear "bad news" such as this about YOU!**

Like I said, even though we've never met I do in fact really care about you.

**How is it possible that I care so much about you?**

Because even though we have never met, I do understand that like me you also have people close to you. Under different circumstances and had we actually met, who know you may have become one of my closest friends.

Or, look at it this way: I have a sister, and two brothers, as well as a mom and a dad jus you too have a family. And I wouldn't for one second want to ever hear anything bad as happening to anyone of them.

So likewise, you could just as easily have been my brother or sister, or someone close me --- **and it would tear my heart out if anything ever happened to someone I love**

**I want us to become close friends starting "YESTERDAY!"**

Time is one of those things that before you know it you end up saying things like *"where the time gone"* and *"wow! It seems like only yesterday!"*

And because things just seem to be happening today faster and faster, time is now a m

more cherished commodity!

And since time is so precious, I don't want to waste a single moment more - but would I YOU to become my friend starting *"yesterday!"*

**I promise as your new friend never to lie to you** *(like all the others)* **and to only give the absolute truth** *(absolutely UNLIKE all the others!)*

I want you to think of me as your **"guardian angel"** - literally someone who's willing to watch over you when nobody else will - or even when YOU may fail to watch over yours

**And I'm perfect for the job as I've been told by everyone I know that I care more a people and want what's truly BEST for them more than anyone else they've ever** n

Maybe I am tooting my horn a tad - but what I'm saying to you now is completely the tru

And if you want to put me to the test, I'm willing to accept your challenge all day long.

**I will do everything to be your best friend and help you:**

1. Lose weight (and really keep it off for good!)

2. Live longer!

3. Feel great (and all the time!)

4. Get rid of any conditions (and even disease when others said there was no hope!)

5. Stay fit, feeling good, looking younger and more "vitalized" than ever before!

With what I'm going to give you just 2 minutes from now and **only one click away,** you become "super-charged" with new exciting health!

You **WILL** lose the weight (and regardless of all the BS and other fads and diets you've before!)

**What's so different about what I'm going to give you from all the others?**

That's the easiest question of all for me to answer!

**Here it is...THE TRUTH (finally revealed!)...**

> "The reason all the other diets, diet foods, organic foods, healthy food:
> medicines and all the rest don't work in this modern technologically-
> amazing age is because **THEY WERE DELIBERATELY DESIGNED
> NOT TO!"**

Are you shocked? ... stunned? ... in disbelief? ... surprised? ... or even ANGRY?

You should be all of the above **(but especially "ANGRY!")**

**Why should you be "angry" over all the others?**

**Simple:** What if your mom died, and after an autopsy someone found out that she had
poisoned? Would you want to hunt the person down and kill them for poisoning your mc

Of course you would (anyone would!)

 **But what you may not really be ready to accept is th
fact that someone _IS_ already poisoning your mom, y
dad, your brothers and your sisters, and your closes
friends!**

### *And they're actually getting away with it!!*

I know that last line above is perhaps scarier than everything else - i.e., the part about t
poisoning everyone and them *getting away with it.*

**Here's a fact that may shock the daylights out of you!...**

## Japan refuses to accept a single export from the United Stat
## in meat & dairy produce!

Now, what does that tell you? That Japan is *snobby?* Nope! That Japan citizens hate m and meat? Come on, you know better than that!

What it *REALLY* tells you is that the Government of Japan is on to something few (if any people really know about! - **That our foods have been filled with "unnatural" things they aren't supposed to have!**

And if you knew what I already KNOW, and if you saw what I've already seen FIRSTHA **you'd be very, very ANGRY!!**

> **I've had patients come to me and laugh at my advice, only to later suffer a stroke, get really sick, or even die!**

Yet before when they were laughing off my revelations about the TRUTH, they seemed they knew better than me - only a tad later their own health PROVED them wrong - VEI WRONG!

**And I'm *not* proud of the fact that they refused to listen to me - again, it broke my heart because like I feel about YOU, I felt about them too!**

**But enough dilly-dallying! ... Let's get down to the nitty-gritty! ...**

> ○ Do you REALLY want to **lose weight?** *(Please answer 'Yes!')*

> ○ Do you really want to **look sexier and slimmer?** *(Again, please answer 'Yes!'*

> ○ Do you really want to **look and feel YOUNGER?** *(Ditto above!)*

> ○ Do you really want to **be forever free of sickness and disease?** *(Ditto above*

> ○ Do you really find it such a surprise that **food & drug companies profit off y** **being sick?**

And did **you understand everything I said above** about how other diets, diet foods an drugs and medicines are actually "deliberately" designed N<u>OT</u> to work at all - but just m you sicker? *(Ditto above!)*

**Check any one or more:**

- ☐ **If you answered 'yes' to anyone one (1) question above**, then there's hope for you.
- ☐ **If you answered 'yes' to any two (2) questions above**, then I'm convinced you may be a little willing to get serious.
- ☐ **If you answered 'yes' to any three (3) questions above**, then I suspect that you could really start making a difference with a little extra effort and some willingness to go further.
- ☐ **If you answered 'yes' to any four (4) questions above**, you have 80% of what it takes to succeed very soon!
- ☐ **But if you answered 'yes' to ALL FIVE (5) of the questions above**, then you are 100% ready NOW *(not next week, or worse never!)* to **get started TODAY and forever change your life for the very BEST!**

**But I don't want you to make up your mind just yet - I want to show you real resul first (then you can decide if this is really right for YOU!)**

Nothing speaks louder than real living and breathing RESULTS ... and that's exactly wh have for you just below.

Rather than tell you this-or-that, just browse the pics sent into me by people I've already helped...



**Lost 25lbs & 4 inches!!**

*Tracey Allen - California*

"Hey Dr **Suzanne**,

"Thanks so much for your wonderful Top Secret Fat Loss Secret as it's changed my life!

"The best part is that after learning what was causing me to be so heavy all I had to do the one little change you mentioned early on in your ebook, and the pounds just melted off!

"Some complete stranger in the mall the other day told me I had a nice butt! (Never thought I'd hear that one -Ha!)"

**Tracey Allen** (California)

**Plus, here are just a few other results from people just like you!...**

*From this ...*



*To Exotic Model...*



"Dr Suzanne!

"You will never believe the difference you've made in my life!

"I've lost 106 pounds in just 122 days - and kept it all off!)

"My own doctor told me your were full of it (but we both showed him, didn't we?)

"The greatest part is that as a little girl I always dreamed of being an exotic model but because I was fat I thought it could never happen to me.

"But after losing over 100lbs I'm now modeling - and was even on one of those QVC TV shows as a dresses model"

**Kelly P** (full name withheld per request)

All these people above used my **"Top Secret Fat Loss Secret"** and now feel better, look better, are way healthier, and have now added years to their lives - not to mention a bet quality of life altogether! - **And YOU can too!**

These people had tried diets and fitness routines, probably just like you have bee doing! ... And just like you, they failed miserably time after time! ... But then they found out the TRUTH about foods poisoned by dangerous chemicals that resulte *Plaque*, and how food companies actually put in *Parasites* deliberately designed t make you fat and to make you sick - and they got rid of all that junk using My Breakthrough Secret!

Listen, I'm sure I don't have to twist your arm to make you understand and see the truth here, right?

I mean, just look around you at how many people you know who keep failing over and a again with diets and fitness routines supposedly designed to make them fit, lean and healthy.

**➡ Doesn't that smell a little fishy to you?**

It makes sense that if diets were really meant to work then you'd hear more and more stories of people who used them successfully.

But that's **NOT** what you hear at all!

**Instead, all you hear about are your friends complaining that they've been starvin themselves to death -- yet still have trouble losing a single pound!**

The main reason this is so is because dangerous parasites living inside their guts (and **YOURS**!) excrete chemicals (waste products) that travel to your brain and tell your "hypothalamus" to make you store more and more fat for THEM to eat!

In other words, these parasites are making *you* a GIANT 'food factory' for THEM to eat! YUCK!

## Read this excerpt below about "worms" living in your bowels even now! ...

*Paragonimus westermani*

Life cycle. Infection with the adult worm is acquired by the ingestion of raw, poorly cooked, or pickled salmon, trout, perch, pike, white fish, grayling, ruff, eel, etc., harboring the plerocercoid larvae. After five or six weeks, the larva matures to the adult worm. Both eggs and proglottids are passed in the stool. The eggs develop in 2 weeks, and hatch to become ciliated coracidium larvae, and are ingested by the first intermediate host, the copepod. The copepods, containing the procercoid larvae, are ingested by fish, the second intermediate host, contains the plerocercoid larvae.

For the full story and a whole lot more click here.

**Imagine how easy it is to get this one parasite alone!** It's in poorly cooked fish and actually lays eggs inside your bowels. *(You know this is true or else why do we always "close the lid on the toile" to keep our pets safe from drinking parasite-laden water?)*

Even your bladder is not safe from **harmful parasites that lay 10,000s of eggs!** ...


Human bladder infected with Schistosoma haematobium. Eggs and extensively infiltrated eosinophils are seen. H&E, X400.

## Now watch this disgusting video of a real parasitic worm tryi not to be stirred out of someone's bowels ...




**Again, these worms get inside you, then they make "you" their ne home - and they don't want you to bother them as they prefer not be disturbed (as they eat you alive, make you fat, and cause you t become diseased over time!)**

## Parasites can even become "mineralized" and block your body's ability to absorb nutrition properly! ...

These *little critters* are no joke! **They are DEADLY**!

Not only can they hurt you while they are alive inside your guts, but they can die and th become mineralized **(just like a fossil!)** and cause *painful swelling*, *blockages* and o *harmful things*.

**Read this caption and screenshot just below:**



In the majority of patients, the worm will have degenerated and is no longer identifiable. *O. apiostomum* is approximately 1 cm long and 0.3 mm thick. *O. stephanostomum* is about twice this size. When the worm dies, it curls up and is eventually mineralized (calcified) and becomes visible radiographically. In the tropics, the tissues of many patients contain mineralized worms and eggs, and *Oesphagostomum* cannot be distinguished from any other mineralized parasites.

To see this and more visit here.

 **Do you really want all this junk inside you?**

**But wait! ... There's even more gross junk inside you** *(even right now as you're reading this!)* ...

I know you'd rather leave this site right now than accept the fact that all this junk is in fact living and *sticking* to your insides.

I mean, who wants to know they have such **filthy little critters** and **such dangerous plaque** inside their bowels?

But you must face facts rather than turn and run away like a coward (cuz if you do that t

there's absolutely <u>NO hope for you!)</u>

I promise this is the last gross thing you have to look at (just below) -- but I want you to this.



Once you get these "spots" inside your intestines you're almost ready to cash in as you health is really in danger. I mean, ask yourself and using common sense, do these spot look like something *healthy* to you?

Plus, to get well, stay healthy, and lose harmful excess fat from your body, and furtherm to destroy any the threats now living inside you and others that could later harm you, yc **must shed the "skin-like" material that appears above!**

But don't worry. I'll give you the *Secret* to once and for all getting rid of all this terrible ju that's out to kill you - **and after making you fat and unhealthy!**

**But enough of grossing you out -- I'd rather just cut to the chase and tell you wha am going to do to help you once and for all -- and to cure your problems and fron you from being fat and getting sick! ...**

**I'm going to blow the lid off the best-kept secret in the world:**



Precisely how YOU can immediately *"poop-out"* all these horrible things including the dangerous *plaque* and horrible little *'critters'* that are **keeping you fat, making you sick,** and which **will eventually kill you!**

That's right! I'm making it my business to make you well!

While your doctor may already tell you that this is *his* job, <u>has it worked for you so far?</u>

**Also, 99.8% of most doctors would rather you get sick and stay sick as that's how they earn their living!**

Not me. I'm committed to making you well (and <u>FOREVER!</u>)

**More real unsolicited testimonials and amazing results...**

I get emails like these below all day long *(ask yourself how much positive email do ( so-called diet, fitness & weight-loss experts get in their day's mail? - You may be surprised at just how little, or worse, they get hate-mail!)*

In a single day I **often get 100 to 450 emails** where people tell me how much my *Top Secret Fat Loss Secret* has forever changed their lives for the **absolute <u>BEST</u>!**

**Read these incredible and very real results from people just like you, just below...**



 *Dr Suzanne*, You've made the greatest difference in my life! I used to weigh 238 lbs. and as a woman that's sickening. Today after having used your top secret fat loss miracle no less, I am now at just 105 wear tight sexy outfits and turn heads every single day!

~ *Cynthia Leigh – Maryland*


I just wanted to write in and tell you how you've changed my life forever. I have used your secret for 6 weeks now, and the results have been nothing short of incredible. You were right! I didn't starve myself nor did I feel bad ... I actually felt wonderful by the third day on your plan. You deserve the greatest life all you do for others, *Dr Suzanne*. God Bless!

*~ Cathy Brooks ~ North Dakot*


*Doctor Suzanne* ... You are now the gal I look up to the most! No one has ever done for me what y have! I must have tried a million different things, most of which I knew from the beginning I would be able to stay on – but your top secret fat loss system is amazing to say the least. It was a cinch to d and loose over 40 lbs my first 2 weeks (that's right – just 14 day and 40 lbs lost!) Thank you so muc

*~ Daniele Tweed - Florida*

Honestly, nothing would make me happier than to **add YOUR NAME & PIC here** in my updated version of this same website!

So please, get my **Top Secret Fat Loss Secret** <u>NOW</u>, and so you can join the ranks of my other success stories, and maybe possibly even so that you can be featured here ne

**I'm going to go as far as to twist your arm to make sure you do the right thing for your health, and so that you absolutely <u>lose weight</u>, <u>feel like a million bucks</u>, <u>look</u> <u>incredibly sexy</u>, and <u>live</u> a whole lot longer! ... And <u>starting</u> TODAY!**

I could be like everybody else and just tell you what I have to offer, and then let you dec sometime next year whether you are ever going to do anything about your current cond

But that's not my style! I'm going to wrestle with you if I absolutely have to -- even if it m twisting your arm and getting you in a headlock, and just so that you'll get off your butt a make the right choice NOW! **(And not later when I might just be forever too late!)**

## I have **2** *Options* for you with my Top Secret Fat Loss Secret:

I'm not going to waste your time nor mine! I've been told that although I care about everyone, I'm still very much a no-nonsense gal! And why not? I mean, would you rathe just sugarcoat everything for you (in other words lie to you!) or tell you the hardcore fact and get you to do the right thing for yourself and your health and body?

**So I'm giving you 2 great choices from which to decide which is BEST for you!**



## Secure Application Form:
## Top SECRET Fat Loss Secret!!!

☐ **Option #1: Top Secret Fat Loss Secret - Pro Version -** This is my most commonly sought after plan! It will allow you to discover forever the absolute truth behind why you're fat, and how to permanently get rid of your extra fat, puffy bulges, and the spare-tire and huge booty that brings you down (no pun intended! Ha!)

**This Option 1 Plan for Top Secret Fat Loss** will allow you to be able to do what you've always dreamed of doing, and is affordably just $37 if you secure it for yourself forever now or within the next 7 days! However, if you return to this site after that (just 7 days from now!) it will shoot up in price to $57 - **so by getting it TODAY you save of whopping $20 OFF!** (I told you I would wrestle you to the ground to make you act now rather than later!)

## Option 1: Pro Version



### Click here now to secure Option 1 (and SAVE $20 OFF!)

☐ **Option #2: Top Secret Fat Loss Secret - Hardcore Elite Version** - This is my most exclusively sought after plan for people who are willing to get a tad HARDCORE! This Plan is only for those who wish to declare nothing short of absolute WAR on their fat, and who have a take-no-prisoners attitude! It will allow you to forever destroy the curse of fat and obesity from chaining you down in your life, and how to get in the sexiest shape you never even imagined possible for you!

**This Option 2 Plan for Top Secret Fat Loss** will allow you to be able to even far beyond what you've have even hoped and dreamed of doing, and is super-affordably just $57 if you secure it for yourself forever now or within the next 7 days! However, if you return to this site after that (just 7 days from now!) it will shoot up in price to $87 - **so by getting it TODAY you save of whopping $30 OFF!** (I told you I would even get you in a headlock in order to make you act now rather than later, and do the right thing!)

## Option 2: Hardcore Elite Version



**<u>Click here</u> now to secure <u>Option 2</u>** (and SAVE $30 OFF!)

**Secure your choice even if it's 2:30 A.M. in the morning!**

*The Clock is ticking ...*

### 06 days 23 hours 44 min 00 sec remaining

**Regardless of which of the above Plans you chose, don't forget: The Clock is counting down to make absolutely sure you do the RIGHT thing and make the right choice NOW (rather than put off, get fatter, get even more and more unhealthy, and you know what happens next - right?)**



**So make absolutely sure you take action now (don't wait - because you're certainly not getting any slimmer, any sexier, or any healthier sitting here doing nothing!)**

**One last plea for your health ...**



I created my **Top Secret Fat Loss Secret** just for y͟o͟ so please whatever you, do don't waste everything I put in it to **<u>save your life</u>**, **<u>make you healthier</u>**, and **<u>make you sexier and fit</u>!**

**Like I said above:** Even though we've never met face-to-face, there's no reason I can t of why we can't become good friends starting yesterday!

I'm making the best effort I can right to reach out to you and help you.

Other doctors just want to make money off you continually getting sicker and sick -- but me. **I want you well, lean, safe, sexy and super-health for keeps!**

**So do the right thing NOW ...**

Wanting the absolute BEST for you & your health!

*Dr Suzanne Gudaku*
**Dr Suzanne Gudak**

**PS ... Important Point to Remember:** Thirty days from now, you could be just one mol older and 5-10 pounds heavier, and God only knows how much un-healthier. Or, you co be 30 days closer to your target weight - perhaps even 45 pounds lighter, and which me a whole lot healthier! **You decide which you'd rather be just 1 month from now ...**

Note: forwarded message attached.

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

-----Inline Message Follows-----

Dear Sweetie!

I AM SORRY! U SENT ME A HAIR LOSS AND HYGIENE MEAN MESSAGE! CAN U FORGIVE ME? LET ME MAKE IT UP TO YOU. I NEED MY MONEY ASAP! I love you so much. Can we have have some buck wild sex and maKE MAD, passionate love? Let's create a beautiful baby together. I want to see you kissing me all over, sucking my tight, deep, warm, juicy pussy, caressing me and penetrating me from the front and backside. Let's have plenty of foreplay. I need to feel your fingers on the inside of my vagina and tightly squeezing my nipples. Please, give my nipples a hard suck and my clitoris too. Bite my back and massage it realy good. Slip your penis in my mouth and let me suck you until you beg for more. Let's get a suite with a king size bed and white sheets only. Dim the lights and turn the heat down so you can light my fire. DRIP JELLO ALL DOWN MY BACK AND LICK IT OFF! Don't Stop! MAKE ME FALL IN LOVE WITH YOU. CAN YOU?

**"Waziri E. George" <waziriegeorge@hotmail.com>** wrote:

> Please explain this nonsense that you sent to me. What is the meaning of this you vulger rotten minded specimen of a human. Did I ask you for any money????
>
> You are quite a disappointment and people like you do not deserve the fortune that this transaction offers. So you can go back to your sorry drudgery that you call a life.
>
> IMPORTANT NOTICE: This e-mail communication (and any attachment/s) is confidential and intended only for the individual(s) or entity named above and to others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error, by calling the phone number indicated or by e-mail, and delete the e-mail (including any attachment/s) subsequently. This information may be subject to professional secrecy (e. g. of auditor, tax or legal advisor), other privilege or otherwise be protected by work product immunity or other legal rules. Thank you.
>
> > Date: Sat, 1 Mar 2008 11:49:40 -0800
> > From: beyondtheregular@yahoo.com
> > Subject: RE: The requested information.
> > To: waziriegeorge@hotmail.com
> >
> > dear ronald Doo doo boo BOO:
> >
> > get ready to make your yearly exam and hygiene appointment. also, get the bottom missing tooth back in your mouth. do something mr. penis about your small, dried

up penis.

## Use of recreational Viagra among men having sex with men

Get tested:  HIV IS REAL, RONALD!!

GET THE MAYOR'S LEFT NUT FROM OUT OF YOUR MOUTH, YOU FAG!
STOP KISSING BUTT!!  ALL HOMO'S WILL BURN IN HELL!!!   YOU WANT
MY MONEY, BUT I AM NOT GOING TO GIVE IT TO YOU, YOUTHIEF!
CROOK!!  CHAIR LADY CROOK, TOO, !


*"Waziri E. George"* *<waziriegeorge@hotmail.com>* wrote:

Hello Franki,

My heartfelt compliments to you and your family.

A face to face meeting is very much desired, but the timeframe for this
transaction would be difficult to accommodate such a desired thing, making
the arrangements first to get a temporary leave of absence and then get a
visa and then make travel eventually travel. However, now that you have
suggested it, we have decided that a colleague of ours should put in a letter
for a short leave, and then apply for a visa to your country to meet with you.
However, we need to continue the transaction and fit into the first quarter
payment schedule that is open now, and because we are applying as a part
of the consortium that did the contract that payment is being made for, we
need to make the application as their own application is being tendered as
well. As a matter of fact, all but one of the companies in the consortium
have submitted their application to our Commission (N.D.D.C.) as a part of
the process of claiming their money. Already the Contractors are already
pressuring for their files to be processed quickly and forwarded to the
Finance Ministry where final approval is given for the remittance of the
funds. So we really must press on.

I am happy to inform you that, we have also now gotten other documents
that would make it possible for us to put in the application for consideration
and approval, these documents are the Contract Award Certificate and the
Contract Inspection and Completion Certificate. With these we can make
the application for the release of the funds. As this evidence the fact that
company actually got the contract that it is applying for payment for.  But,
before the approval stage for remittance of the funds, I do know that the
company would be needed to supply other documents, such as, the
corporate income tax certificate, the Vetting approval to show that the funds
have nothing to do with drugs or terrorism, neither is it related to money
laundering. I would forward all these documents to you. You may need to
forward some of these documents to the appropriate quarters by email

attachment or fax, as these means are quite acceptable in our bureaucracy as a way of delivering documents.

So, we have decided to put in the application by Monday morning with the documents that we now have and that I have attached to this email to you. Another reason why we need to make the application sooner than we can get the entire documents is for the application for the funds release to be fitted into this first quarter payment list. Please note that the Nigerian Government does payments to contractors both foreign and local quarterly in a year. Funds are remitted to the Federal Ministry of Finance, four times in a year to take care of outstanding debts. We want to see that we fit into this first quarter payment schedule, by all means. To achieve this we are considering proactive measures that we would employ to see to it that our file is given swift attention at the Federal Ministry of Finance, the body that would give final approval before the funds are transferred. We are very constrained in this plan because, we cannot be seen to show interest in any particular contractor?s bid to collect his payment as it is against our code of conduct here and it would certainly raise eyebrows. This we must avoid. But, we are giving it serious thought, and I believe that somehow we would find a way to push through this stage and quickly too. I will be briefing you further on this in the future.

Please, again I want to bring to your attention the need for us to establish a more easier and direct communication. As I stated earlier we need to be in touch and correspond with one another more often so that we can both midwife this transaction through this stage that is the most sensitive period where we cannot afford mistakes. It is quite a huge task typing these long emails, it is even harder now, So we need to rely more on telephone communication i hope you do not mind and that you can reciprocate as we do need to work together to get this transaction through this most crucial stage where the approval that we seek would be followed by the transfer of the money. Note also that by the time we put in the application for the release of the funds to your nominated account, all correspondece and communications would be directly with you from the authorities processing the application and subsequently remitting the monies to the account. And as I have earlier informed you, there must not be any reference to us or our role in the transaction at anytime at all, please always remember that. I will be here by the telephone at all times so that whenever, you need guidance on the transaction you can reach me. The telephone number earlier given is always with me.

We would also like to inform you at this stage that our share of the proceeds would be used by us in the importation of agro-allied machinery and petroleum prospecting equipment, as we cannot afford to bring such an amount of cash money into our country. A part of our own share of the fund will be invested in stocks market and real estate. Since we would like to invest in a stable economy and I understand that the stock market in your country is very robust, your advice in this regard will be very useful and very well appreciated. As we begin to make travel plans to come over to your country to meet with you, we would appreciate information on our request so that we can take care of all these issues, before returning within

the time that we would be given by our employee. You will agree with me that the procurement of the machinery and equipments mentioned above and the investment of the fund will take care of the problem of remitting our own share of the fund to us, as we are concious of the fact that remitting huge sums back from your country may pose a problem.

I will call you later today to speak with you more on this transaction.

Thank you and God bless.

Best regards,

George.

IMPORTANT NOTICE: This e-mail communication (and any attachment/s) is confidential and intended only for the individual(s) or entity named above and to others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error, by calling the phone number indicated or by e-mail, and delete the e-mail (including any attachment/s) subsequently. This information may be subject to professional secrecy (e. g. of auditor, tax or legal advisor), other privilege or otherwise be protected by work product immunity or other legal rules. Thank you.

---

Date: Wed, 27 Feb 2008 08:42:20 -0800
From: beyondtheregular@yahoo.com
Subject: RE: The requested information.
To: waziriegeorge@hotmail.com

Dear Mr. Waziri:

Good Morning and God Bless:

Thank you so much for getting back to me. Yes, I do agree that we need to talk via telephone. However, this may seem to very difficult at this present time. How about arranging a face to face meeting. If that is not possible at this time, I will understand. My direct telephone number is 312 351-5635. This is an international telephone number from Nigeria which means that you will be calling long distance and the costs in curred could be quite costly to you depending on the number of calls made, length of each call and the time period in which the calls are made.

I look forward to hearing from you soon!

Regards,

Ms. Franki

Hello Franki,

My usual heartfelt compliments to you and your family.

I am glad to inform you that we have been able to incorporate the company Innovative Financing Techniques Incorporated. This name was acceptable to the Corporate Affairs Commission (C.A.C.), the body in charge of company registration here in Nigeria. We also have been able to register the company as a contractor with the ministry of works, the supervising ministry of my commission. This registration makes the company eligible for government contracts. As I earlier informed you, all these had to be backdated to tally with the details of the contract file that we intend to use to make the application for the funds release. We are not relenting in the quest to acquire the other documents needed to make the application, right now, Mr. Peter Adaba, a junior partner of ours, is still at Abuja, the Federal Capital territory where most Governmental bodies are situated, getting the other documents. It is like your country, where the sit of government is Washington DC, while the economic nerve center is situated in New York, that is how this country is, we have the Federal capital Territory Abuja, which is the seat of thr Federal Government and Lagos which is the Economic nerve center, Port Harcourt where we are, is the big city in the Niger Delta area from where crude oil that is the mainstay of our economy is mined.

All things being equal, we are very hopeful that latest by Friday this week, we would have gotten the other documents that would make it possible for us to put in the application for consideration and approval, these documents are the Contract Award Certificate and the Contract Inspection and Completion Certificate. With these we can make the application for the release of the funds. But, before approval for remittance would be given, I do know from experience that we would definitely need to supply the other documents like, the corporate income tax certificate, the Vetting approval to show that the funds have nothing to do with drugs or terrorism, neither is it related to money laundering. All these we would get before it gets to when it is needed. All we would need you to do, is to assist us in forwarding them to the appropriate quarters by email attachment or fax, as these means are quite acceptable

in our bureaucracy as a way of delivering documents.

The reason why we need to make the application sooner than we can get the entire documents is for the application for the funds release to be fitted into this first quarter payment list. Please note that the Nigerian Government does payments to contractors both foreign and local quarterly in a year. Funds are remitted to the Federal Ministry of Finance, four times in a year to take care of outstanding debts. We want to see that we fit into this first quarter payment schedule, by all means. To achieve this we are considering proactive measures that we would employ to see to it that our file is given swift attention at the Federal Ministry of Finance, the body that would give final approval before the funds are transferred. We are very constrained in this plan because, we cannot be seen to show interest in any particular contractor?s bid to collect his payment. It is against our code of conduct here and it would certainly raise eyebrows. This we must avoid. But, we are giving it serious thought, and I do know that somehow, we would find a way to reach the people in charge and make it look like it is on your behalf. I will be briefing you further on this in the future.

Please, do note that I do understand, the difficulty in telephone communication between us, and as I explained before our telephone infra structure is a product of the defunct American I.T.T., it is obsolete and archaic, and certainly is finding it difficult coping with the very much expanded demand by a very much expanded population. But, the need for us to talk is even more dire, I would plead with you to bear with our exchange no matter how bad it is. I do know that persistence pays in any endeavour, if you do persist you would certainly reach me and as I stated earlier my number is 234-803-746-7575. On my part, I would try to call you everyday, so that I can keep you abreast with the development here. It is important that you know, as you may be required to confirm your application for the release of the $9.5m. It is indeed paramount that we establish telephone links. You can at the very least, imagine the length of this letter, it would have be quite easy if we could discuss it.

Thank you and God bless.

Best regards,

George.

IMPORTANT NOTICE: This e-mail communication (and any attachment/s) is confidential and intended only for the individual(s) or entity named above and to others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error, by calling the phone number indicated or by e-mail, and delete the e-mail (including any attachment/s) subsequently. This information may be subject to professional secrecy (e. g. of auditor, tax or legal advisor), other privilege or otherwise be protected by work product immunity or other legal rules. Thank you.

Date: Mon, 25 Feb 2008 09:16:23 -0800
From: beyondtheregular@yahoo.com
Subject: Re: The requested information.
To: waziriegeorge@hotmail.com

HELLO, GEORGE!!

I AM DOING FINE, HOW ARE YOU?
Sorry, it took me so long to get back to you. I have been out of town on official business with m husband. My husband is a politician.

HERE ARE THE DETAILS YOU REQUESTED.

CEO = Franki Yates
COMPANY NAME = INNOVATIVE FINANCING TECHNIQUES
TELEPHONE # = 312 351-5635
FAX # = 708 841-5612
Chase Bank, chicago, IL
Account # = 123456789

Regards and Best Luv,

Ms. Franki Yates

*"Waziri E. George"*
*<waziriegeorge@hotmail.com>* wrote:

Hello Franki,

How are you.

I know my last email to you would take some patience to read as it was quite a long one. I apologize once more for putting you through that, but I needed to explain the entire transaction to you very well so that you would have a good knowledge of the business at hand. But it seems as if you could not digest it fully, ofcourse, we still need your assistance to get this transaction done.

If you had read my previous email, you would have seen that I requested information for us to commence the transaction. Please read the paragraph below and supply me with the information requested so that we can forge ahead.

For us to proceed with the transaction we shall require a company name and contact details such as address, a confidential telephone and fax numbers with which we shall make the application for the release of the funds. If you do not have a Company, you are to provide a name with which we can have one registered for you here in Nigeria so that you can identify with it as the President/CEO. You also need to provide your company or personal accounts details to which the funds would be transferred into as it is necessary for it to be included in the application for the funds release to the Federal Ministry of Finance and the Central Bank, note that it is imperative that the account be operational even if it has a zero balance. These information should be provided in your response to this missive, so that we can put this business in motion quickly to use the momentum of this contact to make good progress so that we can

work this deal to its successful
closure within the time projected,
Besides, funds budgeted for
payment of foreign contractors can
not be left unclaimed by the
beneficiary company for long, As
that would raise eyebrow and the
funds may be reassigned.

Hoping to hear from you soonest.

Regards,

George.

IMPORTANT NOTICE: This e-
mail communication (and any
attachment/s) is confidential and
intended only for the individual(s)
or entity named above and to others
who have been specifically
authorized to receive it. If you are
not the intended recipient, please do
not read, copy, use or disclose the
contents of this communication to
others. Please notify the sender that
you have received this e-mail in
error, by calling the phone number
indicated or by e-mail, and delete
the e-mail (including any
attachment/s) subsequently. This
information may be subject to
professional secrecy (e. g. of
auditor, tax or legal advisor), other
privilege or otherwise be protected
by work product immunity or other
legal rules. Thank you.

> Date: Mon, 25 Feb
> 2008 06:08:25 -0800
> From:
> beyondtheregular@yahoo.com
> Subject: RE: Thanks
> for responding to my
> proposal. Please do
> acknowledge this email
> for us to commence.
> To:
> waziriegeorge@hotmail.com